*pro se. Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 535. UNITED STATES *v.* CATTO ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Marshall, Acting Assistant Attorney General Jones, Acting Assistant Attorney General Roberts, Jack S. Levin* and *Melva M. Graney* for the United States. *Ben F. Foster* for Catto et al., and *Claiborne B. Gregory* for Wardlaw et al., respondents.

No. 397, Misc. VIGNERA *v.* NEW YORK. Ct. App. N. Y. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. The case is transferred to the appellate docket and set for oral argument immediately following No. 419, Misc. *Robert S. Rifkind* for petitioner. *William I. Siegel* for respondent.

No. 419, Misc. MIRANDA *v.* ARIZONA. Sup. Ct. Ariz. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. The case is transferred to the appellate docket. *John P. Frank* for petitioner. *Darrell F. Smith,* Attorney General of Arizona, and *William E. Eubank* and *Gary K. Nelson,* Assistant Attorneys General, for respondent.

No. 205, Misc. JOHNSON ET AL. *v.* NEW JERSEY. Sup. Ct. N. J. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. The case is transferred to the appellate docket and set for oral argument immediately following No. 80, Misc. *M. Gene Haeberle, Stanford Shmukler* and *Curtis R. Reitz* for petitioners. *Norman Heine* for respondent.